# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

135644

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LARRY GREGORY ALTON, D.O.,
        Plaintiff-Appellee,

v

                                   SC: 135644
                                   COA: 267802

RITA LYNN ALTON,
        Defendant-Appellant.
                                   Genesee CC: 03-250096-DO

_____/

      On order of the Court, the application for leave to appeal the December 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk